No. 82–6481.   SMITH *v.* FAIRMAN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 82–6487.   GADOMSKI *v.* UNITED STATES STEEL CORP. C. A. 3d Cir.   Certiorari denied.

No. 82–6490.   HADDIX *v.* ST. ELIZABETH MEDICAL CENTER.   Sup. Ct. Ohio.   Certiorari denied.

No. 82–6491.   JOHNSON *v.* FIELDS ET AL.   C. A. 10th Cir. Certiorari denied.

No. 82–6492.   MCDONALD *v.* HUMPHRIES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–6493.   ARMSTRONG *v.* WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 82–6494.   COOK *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 82–6501.   RIVERA *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 82–6505.   KINCAID *v.* DUCKWORTH, WARDEN, INDIANA STATE PRISON.   C. A. 7th Cir.   Certiorari denied.

No. 82–6506.   BRIDGEFORTH *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–6517.   MELIA *v.* FISCHER & PORTER CO., INC. C. A. 3d Cir.   Certiorari denied.

No. 82–6521.   ROTHWELL *v.* BAILEY ET AL.   C. A. 4th Cir.   Certiorari denied.